[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
October 8, 2008
THOMAS K. KAHN
CLERK

_____

No. 08-10170
Non-Argument Calendar

_____

D. C. Docket No. 07-00144-CR-CG

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GUERRIN SAINTIL,
a.k.a.  Ernest Maxino,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

(October 8, 2008)

Before TJOFLAT, BLACK and WILSON, Circuit Judges.

PER CURIAM:

Linda Collins Jensen, appointed counsel for Guerrin Saintil in this direct

criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Saintil's conviction and sentence are **AFFIRMED**.